IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL A. HUSTON,

    Plaintiff,

v.

DENNIS NELSON,
MICHAEL NELSON and WISCONSIN
UNEMPLOYMENT AGENCY,

    Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-147-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

| s/ Peter Oppeneer | 3/25/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |